# EXHIBIT 9

FD-302 (Rev. 3-10-82)

$\mathcal{P}$ 9

FEDERAL BUREAU OF INVESTIGATION

Date of transcription    9/14/94

Assistant United States Attorney (AUSA) Valerie Caproni is Chief of the Organized Crime Section of the United States Attorneys Office (USAO) for the Eastern District of New York (EDNY). AUSA Caproni was interviewed at her office in Brooklyn, New York. AUSA Caproni was advised of the official identities of the interviewing Supervisory Special Agents (SSAs). AUSA Caproni was advised that the Office of Professional Responsibility (OPR) of the Federal Bureau of Investigation (FBI) was conducting an investigation regarding criminal allegations that SSA R. Lindley DeVecchio of the New York FBI Office made unauthorized disclosures to his source, Gregory Scarpa, Sr., and to Daily News reporter Jerry Capeci.

AUSA Caproni entered on duty with the USAO as an AUSA during October/November 1985, and resigned during March 1989. In October, 1992, she returned to duty as an AUSA in the EDNY. She has been the Chief of the Organized Crime Section since June of 1993.

It is noted that AUSA Caproni was interviewed on January 26, 1994, by SSA John L. Barrett, Jr., and Thomas V. Fuentes concerning an allegation that SSA DeVecchio made unauthorized disclosures to Scarpa, Sr. At that time, AUSA Caproni provided extensive information concerning a Drug Enforcement Administration (DEA) investigation wherein she believed SSA DeVecchio had made a disclosure to Scarpa, Sr., concerning those individuals who were to be indicted in this matter. In the interest of brevity, that information will not be reported in this current communication, but can be obtained from a review of the 1/26/94 AUSA Caproni interview.

DEA CASE REGARDING SCARPA, JR., ET AL

AUSA Caproni advised that before she took down the DEA case, she had a meeting in the Summer of 1987. She had contacted some of the DEA Agents who were working on the case and asked them to get in touch with the FBI so they could discuss their

Investigation on    7/27/94    at Brooklyn, New York    File #    263-HQ-1064117

by    SSA Timothy T. Arney
SSA Robert J. O'Brien    RJO:cah    Date dictated    8/2/94

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

FD-302a (Rev. 11-15-83)

262-HQ-1064117

Continuation of FD-302 of   Valerie Caproni   , On   7/27/94   , Page   2

investigation with an FBI representative of the New York Office.
The purpose was to make certain that they learned everything they
could about the subjects they were going to indict, and to make
certain that there was no overlap between the two agencies.  One
of the DEA Agents, name unrecalled by AUSA Caproni, contacted the
FBI and SA Mike Tabman of one of the Organized Crime Squads came
to her office.

AUSA Caproni advised that SA Tabman met with her and
the DEA Agents.  She recalls that the names of those individuals
who were going to be indicted in the DEA case were presented
during the course of this discussion and SA Tabman took notes.
AUSA Caproni believed that it was also discussed during the
course of this meeting that Cosmo Cantanzano was about to "flip."
AUSA Caproni advised that SA Tabman took notes, but he did not
seem to be real interested in the case.  The complaints in the
case were issued the Tuesday before Veterans Day in 1987.  AUSA
Caproni advised that the chief Special Agents in DEA who were
involved in this investigation were initially Mark Mosher, and
John Gillenpoint.  The New York Police Department (NYPD) was
involved in this investigation and these efforts were coordinated
by Detective Ricky.

During this time period, AUSA Caproni advised that her
office worked with SA Richey Wackowski who was on a drug squad in
the New York FBI Office.  AUSA Caproni is confident that
SA Wackowski was also aware of the identities of those to be
indicted in the DEA case and was also aware of the fact that
Cosmo Cantanzano was going to "flip."  AUSA Caproni does not know
whether SAs Tabman or Wackowski ever spoke directly to
SSA DeVecchio about the DEA case or about Cosmo Cantanzano.  She
did note that these were very important pieces of information
which she believes were presented to Scarpa, Sr., and have been
demonstrated through the interviews of Confidential Witnesses
(CWs) in the Colombo Family war investigations.

GREGORY SCARPA, SR.

AUSA Caproni advised that in 1989, after Gregory
Scarpa, Jr., was convicted on the Drug Enforcement Administration
(DEA) investigation she learned that somebody had contacted the
Bureau of Prisons (BOP) to try to have Gregory Scarpa, Jr. (the
only fugitive in the above noted DEA investigation), incarcerated
close to New York city.  AUSA Caproni wanted him incarcerated a

FD-302a (Rev. 11-15-83)

263-HQ-1064117

Continuation of FD-302 of   Valerie Caproni                       . On   7/27/94   . Page   3 .

long distance from New York city.  An official from BOP contacted
AUSA Caproni.  AUSA Caproni requested a meeting to determine the
reason for the FBI contact.  A meeting was subsequently called at
the EDNY.  Those attending the meeting included U.S. Attorney
Andrew Maloney; AUSA Caproni's supervisor, Joe Azrack; Edward
McDonald, Chief of the Organized Crime Strike Force at EDNY;
James Fox, Assistant Director in Charge of the FBI; and SSA
DeVecchio (AUSA Caproni was not present).  According to AUSA
Caproni, the primary purpose of the meeting was for U.S. Attorney
Maloney to tell the FBI that it was not up to the FBI to
intervene with BOP on the incarceration location for Scarpa, Jr.

        At the time of that meeting, AUSA Caproni advised her
office was officially told that Scarpa, Sr., was an FBI
informant.  AUSA Caproni believed that he was an informant prior
to the meeting, but this was the first time an official
announcement was made to the EDNY.  Those at the meeting were
told that Scarpa, Sr., was a Top Echelon informant and was
valuable to Strike Force Organized Crime efforts.  The subsequent
agreement made by those at the meeting was to try and keep
Scarpa, Jr., incarcerated close to New York so that Scarpa, Sr.,
could maintain contact with Scarpa, Jr., and learn of subsequent
on-going Colombo Family criminal enterprises.

        AUSA Caproni recalls SSA DeVecchio coming to her office
at her request at a later date.  AUSA Caproni asked SSA DeVecchio
to contact Scarpa, Sr., and interview him about a number of
individuals in the Colombo Family who had been killed.  AUSA
Caproni could not recall the details of her request of SSA
DeVecchio at the time of the interview, but does recall that SSA
DeVecchio came back to her on a later occasion and basically
provided information to her he had reportedly gained from Scarpa,
Sr., which was the same as information other investigators had
already received from other sources on the "street," regarding
the issues involved.

        AUSA Caproni believed that Scarpa, Sr.'s 1992 bail
hearing was handled by U.S. Magistrate Michael Caden.  The
Government was represented by John Gleason and AUSA Stamboulides
and AUSA Weissman.  When the Federal Judge ultimately hearing the
bail matter, released Scarpa, Sr., to "house arrest,"
AUSA Caproni believed that the Government attorneys were upset.
AUSA Caproni understands that just after this bail decision, it
is possible that the attorneys accused FBI SA Chris Favo of going

Case 1:06-cv-00069-FB-CLP   Document 82-10   Filed 07/30/07   Page 5 of 21 PageID #: 1185

FD-302a (Rev. 11-15-83)

263-HQ-1064117

Continuation of FD-302 of __Valerie Caproni_____ , On __7/27/94__ , Page __4__

to see the Magistrate in Scarpa, Sr.'s favor.  AUSA Caproni
learned from SA Favo that SSA DeVecchio had disappeared, for some
period of time during the date of the hearing and SA Favo
speculated that SSA DeVecchio may have spoken to the magistrate
who heard the bail hearing.

When Caproni came back to the EDNY in October of 1992,
she was put in charge of the Colombo Family war cases.  According
to AUSA Caproni, it became very clear in late 1992, that they
were going to have to prosecute Scarpa, Sr.  AUSA Caproni had
learned a great deal of information about this possibility
through John Gleason, Chief of the Criminal Division of EDNY, and
Assistant United States Attorneys Andrew Weissman and George
Stamboulides.  It was during the Summer of 1992, that AUSA
Caproni advised that her office had learned through Scarpa, Sr.'s
doctor that he had approximately six months to live, as he was
terminally ill with AIDS.  The USAO, EDNY, had a great deal of
work to do with respect to the fourteen individuals they had
already indicted for crimes involved in the Colombo Family war.
As a result, Scarpa, Jr., did not get indicted, at that time.

In December of 1992, Scarpa, Sr., left his residence
without approval and he got into a gun fight.  He was shot during
the course of this incident.  He subsequently ended up being
remanded to a hospital in early January of 1993.   AUSA Caproni
advised that she was assigned as a Chief of the Special
Prosecution Unit during that time period and was "out of the
loop" on the decision process about whether Scarpa, Sr., should
or should not be indicted.  AUSA Caproni deferred to AUSA Andrew
Weissman as a person who would be in the best position to know if
the FBI had tried to convince him (Weissman) not to prosecute
Scarpa, Sr., during that time period.

According to AUSA Caproni, Scarpa, Sr., was
subsequently indicted by AUSA Weissman.  Scarpa, Sr.'s attorney
and AUSA Weissman worked out a plea agreement for Federal and New
York state charges.  There was a state weapons case against
Scarpa, Sr.  Scarpa, Sr., plead to the weapons case and was
remanded to Rykers Island to serve his state time.  According to
AUSA Caproni, Scarpa, Sr.'s attorney requested Rykers Island as
it was a very good AIDS facility.  It was AUSA Caproni's
understanding that the Federal Government would adjourn
Scarpa, Sr.'s Federal sentence because of his limited life
expectancy.  The Federal Government did require that Scarpa, Sr.,

FD-302a (Rev. 11-15-83)

263-HQ-1064117

Continuation of FD-302 of   Valerie Caproni                                    , On   7/27/94   , Page   5

       plea to RICO regarding the murders he committed during the
Colombo Family war and also plea to Section 924C.  This plea
required a minimum of a five year sentence.

        AUSA Caproni advised that AUSA Weissman handled the
plea. AUSA Caproni recalls hearing the Scarpa, Sr.'s attorney,
Steven Cardegenor called George Stamboulides to say that Scarpa,
Sr., wanted to cooperate with the Federal Government.  The
Federal Government told Cardegenor that they were not interested
in Scarpa, Sr.'s cooperation, but the Federal Government
subsequently agreed to at least listen to Scarpa, Sr.  Scarpa,
Sr., was brought in to talk to the AUSAs.  This took place
sometime near the end of 1993 or early 1994.  The meeting took
place at the office of EDNY.  Present at the meeting included
Scarpa, Sr., his attorney (Cardegenor), AUSA Weissman,
AUSA Caproni, SSA DeVecchio and SA Favo.  AUSA Caproni advised
that there was a good deal of time at the meeting when
SSA DeVecchio and Scarpa, Sr., talked together without anybody
else being around.  AUSA Caproni noted that when the meeting took
place at EDNY, the attorney Cardegenor seemed surprised that
Scarpa, Sr., admitted himself that he had been an FBI informant
for over 20 years.  SSA DeVecchio confirmed that at the same
meeting.  AUSA Caproni did not believe that Cardegenor actually
believed that this was the case until this confirmation was made
public at the meeting.  It was during the course of this meeting
that AUSA Caproni recalled that SSA DeVecchio threatened SA Favo.
SSA DeVecchio allegedly told SA Favo that if an OPR inquiry was
started based on Favo's effort he would "have Favo's ass."  The
OPR inquiry would have treated an allegation that Scarpa, Sr.,
had a law enforcement source in the FBI.

        AUSA Caproni advised that there came a time when she
chose to meet with Scarpa, Sr., and FBI Agent SA Jim Brenner.
She did not want to have SSA DeVecchio present.  AUSA Caproni
questioned Scarpa, Sr., regarding her prior DEA investigation in
which his son, Gregory Scarpa, Jr., had been charged and
convicted.  AUSA Caproni asked Scarpa, Sr., how he learned about
this case.  Scarpa, Sr., told her that he learned it from Anthony
Caso and that Caso had learned it from his law enforcement
source.  At the time, the Federal Government knew that Caso had a
law enforcement source.  The Federal Government subsequently
learned that Caso had two New York City Police Officers who were
providing information to him.  Information about the police
officers was only gained in the last few months, after Caso

FD-302a (Rev. 11-15-83)

263-HQ-1064117

Continuation of FD-302 of    Valerie Caproni              , On   7/27/94    , Page    6

     started cooperating with the Government. AUSA Caproni had noted that after Caso started cooperating, they asked Caso if he ever gave any information to Scarpa, Sr., and Caso told the interviewing FBI Agents that he never provided any information to Scarpa, Sr. AUSA Caproni did note that SSA DeVecchio did not try to apply any pressure to convince her or her assistants to enter into an agreement with Scarpa, Sr., for his cooperation. AUSA Caproni advised that the Federal Government finally told Scarpa, Sr.'s attorney that there would be no cooperation agreement. It was AUSA Caproni's impression that SSA DeVecchio was in close contact with Scarpa, Sr., and his common-law wife, Linda Schiro, during this time period.

     Scarpa, Sr., was scheduled for sentencing on 12/15/93 before Judge Jack Weinstein. AUSA Caproni handled the sentencing for AUSA Stamboulides. AUSA Caproni recalled telephoning SSA DeVecchio and telling him that the sentencing was scheduled. SSA DeVecchio appeared in court for the sentencing.

     AUSA Caproni advised that they adjourned to speak with the Judge Weinstein in camera and advised the judge that Scarpa, Sr., has been an FBI informant. Scarpa, Sr., was at the meeting in camera, as well. AUSA Caproni advised that if Judge Weinstein sentenced Scarpa, Sr., to life, he automatically would have been incarcerated in a facility which did not have good medical treatment facility for his AIDS patients. Judge Weinstein sentenced Scarpa, Sr., to ten years, which allowed him to be incarcerated at a good AIDS facility. AUSA Caproni believes that Judge Weinstein did this for humanitarian reasons with the belief that a ten year sentence was probably the same as a life sentence for a man with terminal AIDS.

     AUSA Caproni does believe that SSA DeVecchio spoke to Judge Leo Glasser in Scarpa, Sr.'s interest when Scarpa, Sr., was charged by the United States Secret Service in a 1987 credit card case. Scarpa, Sr., just received a sentence of probation on that case.

     AUSA Caproni advised that SSA DeVecchio was never asked in her presence whether he had ever contacted Judges Weinstein, Glasser, or Magistrate Caden on Scarpa, Sr.'s behalf.

     After the sentencing of Scarpa, Sr., SSA DeVecchio called AUSA Caproni and advised that he had been contacted by

FD-302a (Rev. 11-15-83)

263-HQ-1064117

Continuation of FD-302 of ___Valerie Caproni_____ , On __7/27/94__ , Page __7__

Linda Schiro.  SSA DeVecchio wanted to find out if it was possible for the Federal government to recommend that Scarpa, Sr., be incarcerated close to New York City.  AUSA Caproni told SSA DeVecchio she did not know where he was going to be incarcerated and she really was not interested in having Scarpa, Sr., incarcerated close to New York.  AUSA Caproni told SSA DeVecchio if he wanted to get in touch with the Bureau of Prisons on Scarpa, Sr.'s behalf, he could do so on his own behalf.  AUSA Caproni advised that SSA DeVecchio never told her whether he contacted BOP, or not.

<u>DAILY NEWS REPORTER JERRY CAPECI</u>

AUSA Caproni advised that she has personally met reporter Capeci on a number of occasions.  In her position as the Chief of Organized Crime (OC) section in EDNY, she is the natural person to contact with respect to stories being prepared on OC matters.  AUSA Caproni advised although she has spoken to Capeci telephonically on a number of occasions, she generally refers him to William Moeller who is the Executive Assistant United States Attorney for EDNY and is also the EDNY Press Officer.

AUSA Caproni advised that many media leaks took place between March of 1989 and October of 1992 during the Colombo Family war.  AUSA Caproni noted that she was not with the U.S. Attorneys Office during that time period.  AUSA Caproni knew that since June of 1993, when she returned to the EDNY she has seen nothing in Capeci's column which she believed to been leaked from on-going investigations being conducted by her office.

AUSA Caproni advised that the only information which she received that indicates a possible leak of information by SSA DeVecchio to Capeci, comes from discussions she has had with SA Chris Favo of the New York Office and from her review of SA Favo's signed, sworn statement, dated 4/4/92 (on this OPR investigation), and the OPR signed, sworn statements (on this OPR investigation) of SAs Howard Ledbetter, dated 4/6/94, Jeffrey W. Tomlinson, dated 4/6/94, and Raymond Andjich, dated 4/6/94.  AUSA Caproni had an opportunity to review these signed, sworn statements in preparation for the current on-going trial of Aphonse Persico.

AUSA Caproni also recalls being told in 1993 by Assistant Special Agent in Charge (ASAC) Donald North of the

FD-302a (Rev. 11-15-83)

263-HQ-1064117

Continuation of FD-302 of ___Valerie Caproni_____ , On __7/27/94__ , Page __8__

    New York FBI Office that (North) told the Supervisory Special
Agent (SSA) who manage the Organized Crimes investigations in the
New York office that if anybody was caught disclosing information
about FBI cases to Capeci they could be fired.  The supervisors
were instructed by ASAC North to refer inquiries to the New York
FBI Press Officer.

    AUSA Caproni advised that she had no personal
information available to her which would indicate that
SSA DeVecchio has made any unauthorized disclosures to reporter
Jerry Capeci of the <u>Daily News</u>.

FD-302 (Rev. 3-10-82)

- 1 -

FEDERAL BUREAU OF INVESTIGATION

Date of transcription     2/1/94

Assistant United States Attorney (AUSA) VALERIE
CAPRONI, Chief of the Organized Crime Section, United States
Attorney's Office (USAO), Eastern District of New York (EDNY),
telephone number (718) 330-7500, was advised of the identity of
the interviewing Supervisory Special Agents (SSAs) as SSAs of the
Federal Bureau of Investigation (FBI), detailed to the Inspection
Division, Office of Professional Responsibility, FBI Headquarters
(HQ), and that the purpose of the interview concerned allegations
of law enforcement corruption brought to the attention of the
EDNY and the New York (NY) FBI by Colombo Family La Cosa Nostra
(LCN) cooperating defendants.

CAPRONI advised that during the summer of 1987 she had
successfully prosecuted a drug investigation brought to the EDNY
by SA RICHARD T. WACHOWSKI of the NY FBI, that focused on
associates of the FRANK SCARPA, JR. crew of the Colombo LCN
Family.  At the conclusion of that case, CAPRONI became involved
in an investigation brought to the EDNY by SAs of the Drug
Enforcement Administration (DEA) and members of the Major Case
Squad of the New York City Police Department (NYPD), directly
involving SCARPA, JR. and other members of his crew.

CAPRONI advised the EDNY invited an SA of the Colombo
LCN Squad from the NY FBI to outline the criminal activity and
identity of the members of SCARPA, JR.'s crew under
investigation.  CAPRONI advised that her prosecutive theory was
to utilize the convictions obtained in the FBI investigation as
Racketeering predicates in DEA/NYPD case.  CAPRONI advised that
she believed the supervisor of the Colombo LCN Squad, at that
time, was SSA LINDLEY DEVECCHIO, and that SSA DEVECCHIO would
have been made aware of the DEA investigation by the SA attending
the meeting. (It is noted that SSA CHRISTOPHER MATTIACE was the
supervisor of the Colombo LCN squad at that time and SSA
DEVECCHIO was the supervisor of the Bonnano squad.)

CAPRONI advised that she told the FBI SA who attended
this meeting referred to above, that this was a DEA

Investigation on   1/26/94   at Washington, D. C.   File #  263-HQ-1064117

        John L. Barrett, Jr.
by   Thomas V. Fuentes              Date dictated  2/1/94

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency;
It and its contents are not to be distributed outside your agency.

FD-302a (Rev. 11-15-83)

0-0-0000

Continuation of FD-302 of  VALERIE CAPRONI                                        , On  1/26/94  , Page  2

investigation; however, if the FBI was also focusing on these
same subjects, a joint DEA - NYPD - FBI would be considered.
CAPRONI was also interested in obtaining criminal intelligence
from the Colombo LCN Squad that may have enhanced the prosecution
of the EDNY's seven defendants.  Additionally, CAPRONI also
identified ERIC LEON as a cooperating witness (CW) of DEA.

        CAPRONI complained that neither the EDNY, DEA nor the
NYPD received any positive information back from the NY FBI's
Colombo LCN Squad regarding SCARPA's crew.  CAPRONI also advised
that during the course of the SCARPA, JR..investigation a pen
register was placed on the home telephone of SCARPA, SR. and
telephone calls were identified going into 26 Federal Plaza, the
HQ of the NY FBI.  CAPRONI stated that it was her belief, based
on the pen register telephone calls going into 26 Federal Plaza
that SCARPA, SR. was an FBI informant.  It was CAPRONI's belief,
after learning that SCARPA, SR. was an FBI informant, that the NY
FBI was not cooperating with the EDNY in locating SCARPA, JR., in
view of the confidential relationship SCARPA, SR. had with the
FBI.

        CAPRONI advised that indictments were returned in the
fall of 1987, and SCARPA JR. was the only defendant that DEA was
unable to locate, and was placed in a fugitive status by DEA.
CAPRONI advised that in 1987 - 1988, DEA fugitives, after being
referred to the FBI, were under the sole investigative
jurisdiction of the FBI.  It was CAPRONI's understanding that
this matter was referred to the NY FBI.  According to CAPRONI, SA
CHARLES GIANTURCO was the case Agent of the SCARPA, JR. fugitive
matter.  CAPRONI was so displeased with the FBI's efforts to
locate SCARPA, JR. that CAPRONI obtained permission from her
superior at the EDNY and requested assistance from the United
States Marshals Service (USMS) in locating SCARPA.  CAPRONI
advised she had spoken to SA GIANTURCO and requested the FBI to
obtain a trap and trace on the telephone line of SCARPA, JR.'s
mother-in-law and recalls being told by GIANTURCO that he had 30
other investigative cases and did not have the time to consider
that investigative technique.

        CAPRONI stated that SCARPA, JR. was featured on the
television program, "America's Most Wanted", and as a result of
the investigative efforts of the USMS, was located and arrested
in New Jersey, in the spring of 1988.  CAPRONI advised that as a
result of the publicity from the print and electronic media in

FD-302a (Rev. 11-15-83)

Continuation of FD-302 of  VALERIE CAPRONI                    , On  1/26/94  , Page  3

New York surrounding the arrest of SCARPA, JR. by the USMS,
JAMES FOX, head of the NY FBI, complained to USA ANDREW MALONEY
that this was an FBI matter and requested an explanation as to
why the USMS was involved in the arrest of a DEA fugitive.

CAPRONI advised she informed MALONEY of her
difficulties with the FBI, and it was her understanding that
after MALONEY explained this to FOX, FOX informed MALONEY there
was no misconduct on the part of the FBI regarding the NY
Office's relationship with SCARPA, SR. and confirmed to MALONEY
that SCARPA, SR. was an FBI informant. Because of the
difficulties that developed during the course of the SCARPA, JR.
investigation, FOX agreed to make SSA DEVECCHIO, the contacting
Agent for SCARPA, SR. available for debriefing. CAPRONI recalls
meeting SSA DEVECCHIO, in the spring of 1988, alone in her EDNY
office and posing a number of questions to SSA DEVECCHIO
involving a number of homicides she believed SCARPA's crew had
committed. CAPRONI advised SSA DEVECCHIO got back in touch with
her and provided information, that in her opinion, was of little
prosecutive value.

CAPRONI advised that SCARPA, JR. was the last defendant
convicted in the DEA/NYPD investigation. CAPRONI advised
subsequent to SCARPA, JR.'s sentencing, she learned that the NY
FBI had attempted to intervene with the Bureau of Prisons (BOP)
in locating SCARPA, JR. at a Federal Correctional Institute (FCI)
closer to his New York City residence. CAPRONI advised she
discussed this matter with BOP officials in Philadelphia, and
prevailed with BOP to have SCARPA, JR. sent to the FCI in
San Diego.

CAPRONI advised that approximately six months ago she
was contacted by the lawyer for BILLY MELI, a convicted defendant
in the 1987 DEA/NYPD investigation, who proffered his client's
cooperation for consideration in having MELI's sentence reduced.
CAPRONI advised that because MELI admitted to participating in 11
homicides, MELI was required to plead guilty to criminal charges
with respect to his involvement in those homicides.

During the debriefing of MELI, in September of 1993,
MELI disclosed that he was informed by SCARPA, SR., in the fall
of 1987, that he and six other members of SCARPA, JR.'s crew were
under investigation by the EDNY and would be indicted within the
next couple of weeks. According to MELI, SCARPA, SR. also told

FD-302a (Rev. 11-15-03)

263-HQ-00000

Continuation of FD-302 of VALERIE CAPRONI _____ , On  1/26/94 , Page  4

him that one of the co-defendants, COSMO CATANZANO was a weak
link and MELI took this to mean CATANZANO might cooperate.  MELI
advised the NY FBI that he and another Colombo LCN Family
associate went out and dug a grave in the event the murder
contract to kill CATANZANO was authorized.  This did not occur.
CATANZANO is currently incarcerated at the FCI, Allenwood,
Pennsylvania.

        MELI also told the NY FBI that SCARPA, JR. told MELI
that his father, SCARPA, SR., had a source who is an FBI Agent.
SCARPA, JR. also mentioned to MELI that he had to buy a
television and VCR for his father's FBI source.

        CAPRONI advised that during the fall of 1993, the
attorney for SCARPA, SR. approached the EDNY and proffered his
client's cooperation in return for being released from prison.
SCARPA, SR. was brought to the EDNY for debriefing and was
transported from the USMS holding cell to her office by SSA
DEVECCHIO.  Prior to coming to Washington, D. C. this date,
CAPRONI advised of being reminded by AUSA STAMBOULIDIS of a
conversation between SSA DEVECCHIO and SA CHRIS FAVO, wherein
CAPRONI advised SSA DEVECCHIO threatened "to get" SA FAVO, if the
debriefing of SCARPA, SR. concerning law enforcement leaks, led
to an Office of Professional Responsibility investigation.

        The debriefing of SCARPA, SR. was attended by SSA
DEVECCHIO, SA FAVO, SA JIM BRENNAN (the SA responsible for the
Bonnano LCN Family law enforcement leak investigation) AUSA
STAMBOULIDIS and possibly AUSA WEISSMAN.  After debriefing
SCARPA, SR. with respect to his role in the Colombo LCN WAR
investigation, the other interviewees, with the exception of SA
BRENNAN departed.  CAPRONI advised that she and SA BRENNAN
interviewed SCARPA, SR. concerning his alleged law enforcement
contact, and SCARPA denied having any such contact, and said he
received his law enforcement information from Bonnano LCN member
"GASPIPE CASSO."  SCARPA denied having ever received any
investigative information from SSA DEVECCHIO.

        CAPRONI advised that former Colombo LCN Family
Consigliere, CARMINE SESSA, told the NY FBI that he believed
SCARPA, SR. had a source in law enforcement.  SESSA related a
story told to him by his wife, ANN, that while SCARPA, SR. was in
the hospital a few years ago.  SESSA recalled that he went to
visit SCARPA, SR. each day he was in the hospital and on one

FD-302a (Rev. 11-15-83)

263-HQ-00000

Continuation of FD-302 of  VALERIE CAPRONI _____ . On _1/26/94_ . Page __5__

particular day was told by SCARPA, SR. not to visit.  SESSA's
wife on the other hand, traveled to the hospital with SCARPA,
SR.'s wife, LINDA.  SESSA advised that his wife ANN and LINDA
SCARPA were on their way to visit SCARPA, SR. and MRS. SCARPA
told SESSA that they could not visit SCARPA, SR. that day because
her husband's law enforcement source was at the hospital visiting
him.  SESSA also advised that one day he answered the telephone
at SCARPA, SR.'s residence and took a message from a MR. DELLA
for SCARPA, SR.  CAPRONI advised she has learned that MR. DELLA
was the pseudonym used by SSA DEVECCHIO when contacting SCARPA,
SR.

CAPRONI advised that Colombo LCN defendant, LARRY
MAZZA, began cooperating with the EDNY and the NY FBI
approximately three weeks ago.  During the course of MAZZA's
debriefing, MAZZA told the NY FBI that he believed SCARPA, Sr.
had a law enforcement source close to SCARPA.  MAZZA advised that
during the ongoing Colombo LCN War, SCARPA, SR. provided the
addresses for members of the ORENA faction that the PERSICO
faction had orders to kill.  MAZZA believed that SCARPA, SR. had
either a law enforcement source, or a member of the ORENA
faction, providing those addresses to the PERSICO faction.  MAZZA
explained that it was very unusual for LCN members to have other
members and/or associates home addresses and particularly unusual
to have rival faction members or associates home addresses.

CAPRONI advised that cooperating witness JOSEPH
AMBROSINO, during his debriefings, advised the NY FBI that
SCARPA, SR. told AMBROSINO that CARMINE INBRIALE was going "bad."
CAPRONI advised that CARMINE INBRIALE was in fact a cooperating
witness for the NY FBI.  AMBROSINO additionally told the NY FBI
that SCARPA, SR. also had taken preliminary steps to consider
murdering a Colombo LCN Family associate, FRANK SPARACO.  CAPRONI
advised that SPARACO was convicted in the Colombo LCN War
investigation and is presently incarcerated.

CAPRONI further advised that the EDNY had just started
negotiating with another Colombo LCN associate, MARIO PARLAGRECO,
a convicted defendant serving his prison sentence at FCI,
Allenwood.  CAPRONI advised that she had been negotiating with
the girlfriend of PARLAGRECO, JACKIE ANDERSON, who within the
past two weeks told CAPRONI that a co-defendant of PARLAGRECO,
COSMO CATANZANO, told PARLAGRECO that he knew PARLAGRECO was
cooperating with "VALERIE."

FD-302 (Rev. 3-10-82)

- 1 -

FEDERAL BUREAU OF INVESTIGATION

Date of transcription    1/31/94

Assistant United States Attorney (AUSA)
VALERIE CAPRONI, Chief of the Organized Crime Section, United
States Attorney's Office, Eastern District of New York (EDNY),
telephonically contacted Supervisory Special Agent (SSA)
THOMAS V. FUENTES at the New York Office of the Federal Bureau of
Investigation (FBI). CAPRONI advised that she was calling with
regard to the Office of Professional Responsibility (OPR) matter,
under investigation by SSA FUENTES and SSA JOHN L. BARRETT, JR.,
concerning possible unauthorized dissemination of information.
CAPRONI had previously furnished information to SSAs FUENTES and
BARRETT concerning this matter on 1/26/94 at FBI Headquarters
(HQ) in Washington, D. C.

CAPRONI advised that since the above interview, she had
discussed the OPR matter with other AUSAs of the EDNY. Based
upon their discussions, she was of the opinion that no FBI
interviews of La Cosa Nostra (LCN) members, expected to testify
in an upcoming trial, should be conducted because of the
potential adverse impact on the prosecution. Additionally,
CAPRONI requested that when the interviews are conducted, an AUSA
from the EDNY should be present. CAPRONI further stated that all
of the AUSAs involved in the related LCN prosecutions were too
busy at the present time to participate in these interviews.

CAPRONI stated that the first trial was scheduled to
commence on 2/2/94 and last approximately six weeks. CAPRONI
advised that she would concur with the interview of the LCN
witnesses following the conclusion of that trial.

SSA FUENTES advised CAPRONI that her request would be
discussed with Unit Chief (UC) RALPH A. REGALBUTO, JR., OPR,
Inspection Division, FBIHQ, and she would be expeditiously
advised of the results.

Following a discussion with UC REGALBUTO, SSA FUENTES
telephonically contacted CAPRONI at her office. CAPRONI was
informed that, per her request, the FBI would hold this

(telephonically)

Investigation on  1/27/94      at New York, New York      File #  263-HQ-1064117

by  Thomas V. Fuentes                          Date dictated  1/31/94

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency;
it and its contents are not to be distributed outside your agency.

FD-302a (Rev. 11-15-83)

Continuation of FD-302 of  VALERIE CAPRONI _____ , On  1/27/94 , Page  2

investigation in abeyance, to include interviews of the LCN witnesses, pending EDNY concurrence.

CAPRONI opined that other aspects of the investigation could continue. SSA FUENTES advised CAPRONI that since this investigation was predicated on allegations made by the LCN witnesses, the appropriate investigative strategy required that they be interviewed at the onset. Additionally, to continue other aspects of the investigation, such as interviews of other witnesses, would create a cloud of suspicion over FBI and EDNY personnel which could not be resolved for an indefinite period of time.

CAPRONI was furnished UC REGALBUTO's name and telephone number and advised that the FBI would resume this investigation, with EDNY concurrence, at the conclusion of the trial.

00624

# Memorandum



Dep. Dir.
ADD Adm.
ADD Inv.
Asst. Dir.:
Adm. Servs.
Crim. Inv.
Ident.
Info. Mgnt.
Insp.
Intell.
Lab.
Legal Coun.
Tech. Servs.
Training
Cong. Affs. Off.
Off. of EEO
Off. Liaison &
Int. Affs.
Off. of Public Affs
Telephone Rm.
Director's Office

To      :  Mr. Reutter                    Date   3/21/94

From    :  L. A. Potts

Subject :  UNSUB;
           UNAUTHORIZED DISSEMINATION OF INFORMATION TO
           COLOMBO LCN CAPO GREGORY SCARPA, SR.
           NEW YORK DIVISION
           OPR MATTER

**PURPOSE:**  To report results of preliminary investigation
conducted by Supervisory Special Agents (SSAs) THOMAS V. FUENTES
and JOHN L. BARRETT, JR., Criminal Investigative Division, FBIHQ,
concerning captioned matter.

**SYNOPSIS:**  On 1/18/94, Assistant United States Attorney (AUSA)
VALERIE CAPRONI, Chief of the Organized Crime Section, United
States Attorney's Office (USAO), Eastern District of New York
(EDNY), contacted the New York Office (NYO), Federal Bureau of
Investigation (FBI) and alleged that an FBI informant, GREGORY
SCARPA, SR., a Capo in the Colombo La Cosa Nostra (LCN) Family,
had received information, which was not authorized for
dissemination, from an unidentified FBI Agent.

     By attached Airtel from New York to FBIHQ dated
1/21/94, DADIC, New York, requested that the Office of
Professional Responsibility (OPR), Inspection Division, expedite
an inquiry into this matter.

     AUSA CAPRONI was interviewed at FBIHQ by SSAs FUENTES
and BARRETT on 1/26/94 (FD-302 attached), regarding allegations

263-HQ-1064117-5

10 O'Brien ch

Enclosures (5)

1 - Mr. Reutter
1 - Mr. Potts
1 - Mr. Frier
1 - Mr. Moody
1 - 263-HQ-1064117
1 - OPR 94-129
TVF:TVF (8)

P
1/27/94
/82

(Continued - Over)

Memorandum from L. A. Potts to Mr. Reutter
Re:   UNSUB; UNAUTHORIZED DISSEMINATION OF INFORMATION TO COLOMBO
      LCN CAPO GREGORY SCARPA, SR.
      NEW YORK DIVISION
      OPR MATTER

made by LCN members, who are now cooperative witnesses (CWs).
AUSA CAPRONI requested that the allegations be resolved as
quickly as possible so as not to hinder upcoming prosecutions in
which the CWs are expected to testify.

On 1/27/94, AUSA CAPRONI telephonically contacted SSA
FUENTES and requested that no interviews of the LCN CWs occur
until after the conclusion of the first trial which was expected
to last approximately six weeks.   SSA FUENTES discussed this
matter with Unit Chief (UC) RALPH A. REGALBUTO, OPR.   UC
REGALBUTO agreed to defer to the EDNY request.   SSA FUENTES
conveyed this decision to AUSA CAPRONI; she was provided with UC
REGALBUTO's name, title, and FBIHQ telephone number; and she was
advised to notify UC REGALBUTO at the conclusion of the trial.

RECOMMENDATIONS:   None.   For information only.

APPROVED:    Crim. Inv. _____  Laboratory _____   Off. of EEO
             Crim. Jus. Info. /   Legal Counsel _____   Affairs _____
             Servs. _____      National Sec. _____   Off. of Public
Director _____  Finance _____   Personnel _____   & Cong. Affs. _____
             Info. Res. _____   Training _____
Deputy Director _____  Inspection _____

DETAILS:   On 1/18/94, AUSA VALERIE CAPRONI, Chief of the
Organized Crime Section, USAO, EDNY, contacted Assistant Special
Agent in Charge (ASAC) DONALD V. NORTH, Organized Crime Branch,
NYO, FBI.   AUSA CAPRONI alleged that an FBI informant, GREGORY
SCARPA, SR., a Capo in the Colombo LCN Family, had received
information, which was not authorized for dissemination, from an
unidentified FBI Agent.

A summary of the information provided by AUSA CAPRONI
was furnished by Airtel from DADIC, New York, to FBIHQ dated
1/21/94.   This communication advised that SCARPA, SR., was opened
as an informant on 3/20/62, and was closed on 9/4/92.   The case
Agent was identified as SSA R. LINDLEY DEVECCHIO (currently
assigned as SSA of the NYO's Colombo Squad).   DADIC, New York
requested that OPR expedite an inquiry into this matter.

AUSA CAPRONI, while in Washington, D.C., on other
business, was interviewed at FBIHQ by SSAs FUENTES and BARRETT on
1/26/94 (FD-302 attached).   In summary, AUSA CAPRONI advised that
the first of nine trials, in connection with the Colombo LCN

Memorandum from L. A. Potts to Mr. Reutter
Re:  UNSUB; UNAUTHORIZED DISSEMINATION OF INFORMATION TO COLOMBO
     LCN CAPO GREGORY SCARPA, SR.
     NEW YORK DIVISION
     OPR MATTER

Family war, was scheduled to commence in the EDNY on 2/2/94.
During pretrial interviews of LCN member CWs, allegations were
made that SCARPA, SR., had a law enforcement source.  One of the
CWs stated that SCARPA, SR., told him the law enforcement source
was an FBI Agent.

     AUSA CAPRONI also stated that AUSA GEORGE STAMBOULIDIS,
EDNY, told her that he was present when SSA DEVECCHIO threatened
an Agent assigned to his squad, SA CHRISTOPHER FAVO.  SA FAVO was
preparing to interview one of the LCN member CWs.  SSA DEVECCHIO
allegedly told SA FAVO that if the interview resulted in an OPR
inquiry he would "get him," or words to that effect.

     AUSA CAPRONI requested that the allegations be resolved
as quickly as possible so as not to hinder the upcoming
prosecutions.  AUSA CAPRONI was advised that SSAs FUENTES and
BARRETT would travel to New York the following day, review the
appropriate files in the NYO, and interview the LCN member
witnesses as quickly as arrangements could be made the following
week through the Bureau of Prisons.

     On 1/27/94, SSAs FUENTES and BARRETT reviewed the
relevant substantive and informant files at the NYO.  Pertinent
serials were photocopied and forwarded to OPR under separate
cover.  While at the NYO, AUSA CAPRONI telephonically contacted
SSA FUENTES regarding this inquiry (FD-302 attached).  In
summary, AUSA CAPRONI advised that following a discussion
concerning this matter with other EDNY AUSAs, she requested that
no interviews of the LCN CWs occur until after the conclusion of
the first trial which was expected to last approximately six
weeks.  Additionally, AUSA CAPRONI stated that the EDNY would
insist that the prosecuting AUSA, who conducted the pretrial
interview of the witness, be present during interviews to be
conducted in connection with this matter.

     Following a discussion with Unit Chief (UC) RALPH A.
REGALBUTO, OPR, Inspection Division, FBIHQ, AUSA CAPRONI was
advised that further investigation into this matter would be held
in abeyance as requested.  AUSA CAPRONI opined that other aspects
of the inquiry could continue without adversely impacting the
outcome of the trial.

                              3                  (Continued - Over)

Memorandum from L. A. Potts to Mr. Reutter
Re:   UNSUB; UNAUTHORIZED DISSEMINATION OF INFORMATION TO COLOMBO
LCN CAPO GREGORY SCARPA, SR.
NEW YORK DIVISION
OPR MATTER


        SSA FUENTES informed AUSA CAPRONI that pursuing a
logical investigative strategy required the interview of the LCN
witnesses at the onset to determine the specific facts related to
their allegations.  The investigation would then include the
interview of other witnesses, AUSAs from the EDNY, FBI SAs, and
finally, SSA DEVECCHIO.  AUSA CAPRONI was further advised that a
partial investigation, which precluded interview of the critical
witnesses, would create a cloud of suspicion over SSA DEVECCHIO
which could not be expeditiously resolved.  AUSA CAPRONI was
advised that the FBI considered this as unfair to SSA DEVECCHIO
and unnecessarily disruptive to NYO operations.  AUSA CAPRONI was
also advised that the FBI was of the opinion that holding this
investigation in abeyance posed no threat to the successful
prosecution of the upcoming trials.

        AUSA CAPRONI stated that she concurred since she
perceived the allegations to be historical in nature and waiting
an additional six weeks would not affect the outcome of the
upcoming trial.  SSA FUENTES furnished UC REGALBUTO's name,
title, and FBIHQ telephone number, and requested that AUSA
CAPRONI notify UC REGALBUTO at the conclusion of the trial.

        On 1/31/94, SAC WILLIAM Y. DORAN, NYO, discussed this
matter with USA ZACK CARTER, EDNY.  USA CARTER advised that he
concurred with AUSA CAPRONI's request to hold this investigation
in abeyance.

        On 2/8/94, SSA BARRETT telephonically contacted AUSA
CAPRONI to verify the spelling of AUSA GEORGE STAMBOULIDIS' name
which she had provided during her initial interview (FD-302
attached).  At that time, she stated that she had been distressed
to learn that this OPR inquiry had been concluded and SSA
DEVECCHIO had been exonerated.  SSA BARRETT reminded AUSA CAPRONI
that the inquiry had not been concluded, but was being held in
abeyance per her request.  For a summary of the allegations, see
attached FD-302s.

*Handwritten annotations in left margin:*
*Knew of possible leaks in Jan '94 by DeVecchio*
*Simone in Tried in Oct '94  8 months later*

4

(Continued - Over)

000218

Memorandum from L. A. Potts to Mr. Reutter
Re:   UNSUB; UNAUTHORIZED DISSEMINATION OF INFORMATION TO COLOMBO
      LCN CAPO GREGORY SCARPA, SR.
      NEW YORK DIVISION
      OPR MATTER