# EXHIBIT C

439

1                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF NEW YORK

2    - - - - - - - - - - - - - - - X

3
UNITED STATES OF AMERICA,    :
4                                          94 CR 108

5          -against-                   United States Courthouse
                                 :     Brooklyn, New York
6    JOSEPH SIMONE,

7           Defendant.
                                 :     October 17, 1994
8                                          9:30 o'clock a.m.
     - - - - - - - - - - - - - - X

9                         TRANSCRIPT OF TRIAL
                  BEFORE THE HONORABLE RAYMOND J. DEARIE
10              UNITED STATES DISTRICT JUDGE, and a jury

11   APPEARANCES:

12   For the Plaintiff:        ZACHARY W. CARTER
                               United States Attorney
13                             BY:  STANLEY OKULA, and
                               KAREN A. POPP
14                             Assistant United States Attorneys
                               225 Cadman Plaza East
15                             Brooklyn, New York 11201

16   For the Defendant:        JOHN PATTEN, ESQ.

17

18

19

20   Court Reporter:           Henry R. Shapiro
                               225 Cadman Plaza East
21                             Brooklyn, New York
                               718-330-7687

22

23   Proceedings recorded by mechanical stenography, transcript
     produced by CAT.

24

25

               HENRY SHAPIRO          OFFICIAL COURT REPORTER

Cialdella-direct-Popp

1   Q    What type of football player was he?

2   A    He was good.

3   Q    Did there come a time when you wanted to recruit him to

4   your football team?

5   A    Yes.

6   Q    What period of time was this?

7   A    The end of '91, beginning of '92 season.

8   Q    And did there come a time that you were trying to locate

9   Alfred Imbriale?

10  A    Yes.

11  Q    And you are trying to locate him so that you could

12  recruit him to the football league?

13  A    Yes.

14  Q    Correct?

15  A    Yes.

16  Q    Did there come a time that you had a conversation with

17  Joseph Simone regarding Alfred Imbriale's whereabouts?

18  A    After a period of time.

19  Q    Okay.

20       Is it fair to say this conversation took place before

21  you joined the Tottenville High School football staff?

22  A    Yeah.

23  Q    And you testified a few minutes ago that you joined the

24  Tottenville High School football staff in June of '92,

25  correct?

HENRY SHAPIRO          OFFICIAL COURT REPORTER

531

Cialdella-direct-Popp

1  A    Yes.

2  Q    Fair to say the time between the end of '91 and mid-'92,

3  you had this conversation with Joseph Simone about the

4  whereabouts of Alfred Imbriale?

5  A    Yes.

6  Q    Tell the jury what Joe Simone told you about where Alfred

7  Imbriale was.

8  A    I was trying to find him, and I overheard from somebody

9  that, you know, he wasn't around anymore.  And I just asked

10  Joe if he knew where he was.  I mean, I asked him if it was

11  true.  I says, you heard that he took off, and he's supposedly

12  in the Witness Protection Program, or he was away somewhere.

13       And I asked, is it true, I won't go looking for him.

14  And he said, yeah.

15  Q    What did he tell you was true?

16  A    That he's, you know, he's not around anymore.

17  Q    And where was he?

18  A    In the Witness Protection Program.

19  Q    Did Joe Simone tell you where he was in the Witness

20  Protection Program?

21  A    I don't know exactly if he said it, I know, it was -- he

22  was in Pennsylvania.

23  Q    Did you ask Joseph Simone if Alfred Imbriale was with his

24  family in the Witness Protection Program in Pennsylvania?

25  A    I just asked, I guess Alfred is with him in Pennsylvania,

532

Cialdella-direct-Popp

1    I guess.

2  Q    And what did Joe Simone say, he said yes?

3  A    I guess he said, if the parents were there, and the kid

4  was not around, because the kid came home and said he was

5  going to Pennsylvania, because he was home for a week, and

6  then he went back to Pennsylvania.  And that was it.  I never

7  seen him before.

8  Q    I'm asking you about the conversation between Mr. Simone

9  and yourself about where Alfred Imbriale was.

10 A    In Pennsylvania.

11 Q    And Officer Simone told you that the Imbriale family was

12 in Pennsylvania, is that correct?

13 A    I asked him, yes.

14 Q    And he said -- he said, yes, that they were in

15 Pennsylvania?

16 A    Yes.

17 Q    Did he tell you anything about the reason why Mr.

18 Imbriale was in the Witness Protection Program?

19 A    Just that a friend of his or somebody was, you know, did

20 something wrong to him, something like that.  That's what

21 everybody said, so.

22 Q    Well, did Mr. Simone use the word "rat" to describe

23 Mr. Imbriale?

24 A    No.

25 Q    Did he tell you that Mr. Imbriale was cooperating with

533

Cialdella-direct-Popp

1  the government?

2  A     I don't know in those terms, you know.

3  Q     What terms did he use?

4  A     He was in the Witness Protection Program, I guess you do

5  that.

6  Q     Did he say where he went into the Witness Protection

7  Program?

8  A     Because one of his friends did something to him,

9  threatened him, or something to that effect.

10  Q     Did he tell you who the friend was?

11  A     I knew who the person was, you know, so I can't remember

12  if Joe told me.  I knew who the person was.

13  Q     Mr. Cialdella, when we took the last break, did you go

14  out in the hallway and have a cigarette?

15  A     Yeah.

16  Q     Did you have a cigarette with Mr. Simone?

17  A     No, I just had a cigarette by himself.

18  Q     Were you standing next to Mr. Simone having a cigarette?

19  A     Yeah.

20  Q     You're friends with Mr. Simone, are you?

21  A     Yeah.

22  Q     Do you recall in the Grand Jury being asked the following

23  question and giving the following answer:

24        "QUESTION:  What did he tell you referring to

25  Simone?

HENRY SHAPIRO        OFFICIAL COURT REPORTER

534

Cialdella-direct-Popp

1        "ANSWER:  What --"

2        MR. PATTEN:  Page, please?

3        MS. POPP:  Page 29.

4        MR. PATTEN:  I object to the procedure, how the

5  question is being asked.

6        THE COURT:  Overruled, under the circumstances.

7  Q    "ANSWER:  What did he tell me?

8        "QUESTION:  Yes.

9        "ANSWER:  That, in other words, the people that he

10  was supposedly wanted to pay something or whatever, and he

11  didn't think it was right, and he felt that he got screwed by

12  this guy, so supposedly he ratted them all out."

13        Do you remember giving that answer?

14  A    I believe I did.

15  Q    When Mr. Simone was describing to you why Mr. Imbriale

16  was in the Witness Protection Program, do you recall Mr.

17  Simone using the word "rat"?

18  A    He could have.

19  Q    Well, the testimony that you gave in the testimony that

20  was the truth or not?

21  A    Yes, it was.

22  Q    Are you familiar with the name Carmine Sessa?

23  A    Yes, heard of him.

24  Q    Have you ever heard Joseph Simone talk about Carmine

25  Sessa?

HENRY SHAPIRO        OFFICIAL COURT REPORTER

535

Cialdella-direct-Popp

1   A    Sometimes.

2           MR. PATTEN:  Judge, may we ask the witness not to

3   have his hand in front of his face?

4           THE COURT:  Thank you, Mr. Patten.

5   A    Sometimes.

6   Q    Did Mr. Simone give you any information about Carmine

7   Sessa's relationship to Carmine Imbriale?

8   A    They were friends.

9   Q    Did there come a time that you learned from Mr. Simone

10  that Carmine Sessa was cooperating with the government?

11  A    He told me about it.

12  Q    He did tell you about it?

13  A    Yes.

14  Q    Did you tell your uncle?

15  A    Probably did.

16  Q    And after Mr. Simone told you that Carmine Sessa was

17  cooperating with the government, did you then read about it in

18  the newspaper?

19  A    Yeah.

20  Q    Now, did Mr. Simone ever tell you anything about John

21  Pate?

22  A    That he was a rat, you know, I mean -- that he was

23  like -- like two sides of the fence, something to that

24  effect.

25  Q    Is it fair to say that you had at least two conversations

HENRY SHAPIRO        OFFICIAL COURT REPORTER

536

Cialdella-direct-Popp

1    with Mr. Simone about John Pate?

2    A     I recall one, I don't recall the second.

3    Q     Do you recall a conversation with Mr. Simone about John

4    Pate, his cooperation after you had learned that it had been

5    publicly announced that he was cooperating?

6              MR. PATTEN:  Objection to the leading.

7              THE COURT:  Overruled.

8    A     No.  You are talking about John Pate?

9    Q     Yes.

10   A     I don't believe so.

11   Q     Did Mr. Simone ever tell you before you learned -- before

12   you read about it in the newspaper that John Pate was on the

13   fence about cooperation?

14   A     I heard about being on the fence, but I didn't read

15   about, you know, anything about John Pate in the paper.

16   Q     Okay.

17             Do you recall learning that Joe Scopo was killed?

18   A     Yes.

19   Q     Did you ever have a conversation with Mr. Simone about

20   who killed Joe Scopo?

21   A     No.

22   Q     Did you ever tell Mr. Simone that your uncle was being

23   hush hush about who killed Joe Scopo?

24   A     No.

25   Q     Did Mr. Simone ever ask you to get information from your

537

Cialdella-direct-Popp

1  uncle and to give it to Mr. Simone?

2  A    Repeat that, please.

3  Q    Did Mr. Simone ever ask you to find out information from

4  your uncle and to give that information to Mr. Simone?

5  A    No.

6  Q    Is it fair to say it was always Mr. Simone giving you

7  information to give to your uncle?

8  A    I would ask him.

9  Q    And is it fair to say that he would give you information

10  to give to your uncle?

11  A    Sometimes.

12  Q    How about the other times?

13  A    He would either talk to my uncle, because he didn't talk

14  to me.

15  Q    Okay.

16       Mr. Cialdella, are you still seeing Mr. Simone on a

17  regular basis?

18  A    Yes -- not really regular.  I see him.

19  Q    You see him four or five times a week?

20  A    Not in the last month or so.

21  Q    Well, has there been a time in the last two or three

22  weeks that he said something to you about testifying in court

23  during this trial?

24  A    He -- I told him I had to go to court to testify.

25  Q    Okay.  I'm having trouble hearing you.

HENRY SHAPIRO        OFFICIAL COURT REPORTER