
# DAY PITNEY LLP

BOSTON   CONNECTICUT   NEW JERSEY   NEW YORK   WASHINGTON, DC

MICHAEL G. CONSIDINE
Attorney at Law

One Canterbury Green
Stamford, CT 06901
T: (203) 977 7330 F: (203) 977 7301
mgconsidine@daypitney.com

July 30, 2007

**VIA ELECTRONIC FILING AND OVERNIGHT MAIL**

Honorable Frederic Block
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   **Maria Grancio v. R. Lindley DeVecchio and Christopher Favo**
       **Civil Action No. 06-0069 (Block, J.) (Pollak, M.J.)**

Dear Judge Block:

    We represent Defendant Christopher Favo ("Favo") in the above action. Pursuant to your Honor's Individual Rules, we are enclosing a courtesy copy of: (1) Favo's moving and reply papers in support of Favo's Motion to Dismiss, or in the Alternative, for Summary Judgment, and (2) the consolidated papers submitted by Plaintiff Maria Grancio in opposition to the Motion to Dismiss or for Summary Judgment by Defendant Favo, the Motion to Dismiss or for Summary Judgment or a Stay by Defendant DeVecchio, and the Motion to Dismiss by Defendant United States.

    Enclosed are the following documents:

- Defendant Favo's Motion to Dismiss or, in the Alternative, for Summary Judgment, dated January 29, 2007

- Memorandum of Law in Support of Defendant Favo's Motion to Dismiss or, in the Alternative, for Summary Judgment, dated January 29, 2007

- Rule 56.1 Statement of Defendant Favo, dated January 29, 2007

- Affidavit of Christopher Favo, dated January 17, 2007

- Plaintiff's Consolidated Memorandum of Law in Response to Defendants' Motions to Dismiss, for Summary Judgment, or for a Stay, dated May 16, 2007

**DAY PITNEY** LLP

July 30, 2007
Page 2

- Affirmation of David Schoen, dated May 14, 2007
- Plaintiff Maria Grancio's Consolidated Local Rule 56.1 Statement
- Plaintiff's Exhibits 1-29 in Response to Defendants' Motions to Dismiss
- Consolidated Local Rule 56.1 Statement of Defendant Favo, dated July 30, 2007
- Reply Memorandum of Law in Support of Defendant Favo's Motion to Dismiss, or in the Alternative, for Summary Judgment, dated July 30, 2007
- Declaration of Michael G. Considine, dated July 30, 2007

Defendants DeVecchio and the United States will separately be sending Your Honor courtesy copies of their respective moving and reply papers.

Very truly yours,

/s/   Michael G. Considine
Michael G. Considine

MGC/vcb
cc:   Counsel of Record (via ECF filing w/o encl.)
      Honorable Cheryl L. Pollak (w/o encl.)