UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARIA GRANCIO, individually, and in her capacity as Executrix and Personal Representative of the Estate of Nicholas P. Grancio, <br><br> Plaintiff, <br><br> v. <br><br> R. LINDLEY DeVECCHIO; <br> CHRISTOPHER FAVO; <br> UNITED STATES OF AMERICA. <br><br> Defendants. | **NOTICE OF MOTION** <br><br><br><br><br> CIVIL ACTION NO. 06-CV-0069 (FB)(CPP) <br><br> **HEARING REQUESTED** <br><br> ECF Case |

     **PLEASE TAKE NOTICE** that upon the attached motion papers, which the undersigned counsel for the movant, Plaintiff Maria Grancio, affirms to be true and accurate under penalty of perjury, the undersigned will move this Court, at such date and time as the court sets, to issue an order granting the relief sought in his **MOTION FOR DISCOVERY,** pursuant to Rule 56(f) of the Federal Rules of Civil Procedure.

Dated: New York, New York
      February 13, 2008

To: All Defense Counsel:
    AUSA Gail Matthews, Esquire (United States of America);
    Michael G. Considine, Esquire (Christopher Favo)
    Douglas Grover, Esquire, ( R. Lindley Devecchio);

    Clerk of the Court;

                                  Respectfully submitted,

                    LAW OFFICES OF DAVID I. SCHOEN

                By: _____
                        David I. Schoen (DS-0860)
                        2800 Zelda Road, Suite 100-6
                        Montgomery, Alabama 36106
                    (334) 395-6611; Fax: (917) 591-7586
                          DSchoen593@aol.com